Form 149

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**James Jon Corbett**
Debtor(s)

Bankruptcy Case No.: 17–11255–TPA
Per February 13, 2018 Proceeding
Chapter: 13
Docket No.: 27 – 18
Concil. Conf.: June 5, 2018 at 10:30 AM

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED**
**AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated December 28, 2017 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☐ A.   For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of . Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B.   The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☑ C.   Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on Jun. 5, 2018 at 10:30 AM, in Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501.* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D.   Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E.   The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F.    shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☑ G.   The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: PA Department of Revenue (Claim No. 2) and Internal Revenue Service (Claim No. 8) .

☐ H.   Additional Terms:

*(2.)    IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.    Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.    Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.    Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.    Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.    Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*  **IT IS FURTHER ORDERED THAT:**

**A.**  After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**  Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**  Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty−one (21) days prior to the change taking effect.

**D.**  Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016−1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**  The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre−confirmation defaults in any subsequent motion to dismiss.

**F.**  In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Dated: February 14, 2018

cc:  All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
James Jon Corbett  
    Debtor

Case No. 17-11255-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: vson     Page 1 of 2     Date Rcvd: Feb 14, 2018  
                       Form ID: 149     Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 16, 2018.

```
db            +James Jon Corbett,    6791 Saranac Drive,    Transfer, PA 16154-8959
cr            +Cavalry SPV I, LLC,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite #200,
                Tucson, AZ 85712-1083
14735838      +Barclays Bank Delaware,    100 South West Street,    Wilmington, DE 19801-5015
14735839      +Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14735840      +Capital One / Menard,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14735841      +Capital One Na,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14735842      +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
14735843      +Chase Card,    Attn: Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
14735844      +Citibank / Sears,    Citicorp Credit Services,    Po Box 790040,    Saint Louis, MO 63179-0040
14735845      +Citibank / The Home Depot,    Centralized Bankruptcy,    Po Box 790040,    St Louis, MO 63179-0040
14735846      +Citicards Cbna,    Centralized Bankruptcy,    Po Box 790040,    Saint Louis, MO 63179-0040
14735850      +Kubota Credit Corp,    1025 Northbrook Parkway,    Suwannee, GA 30024-2967
14745420      +Kubota Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
14735851      +Northland Group,    PO Box 390905,    Minneapolis, MN 55439-0905
14747983      +Northwest Specialty Co., Inc.,    2624 112th Street South,    Suite E2,    Lakewood WA 98499-8867
14735860      +Tractor Supply / CBCD / Citicorp,    Centralized Bankruptcy,    Po Box 20507,
                Kansas City, MO 64195-0507
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
14738287      +E-mail/Text: ra-li-ucts-bankhbg@state.pa.us Feb 15 2018 01:59:49     COMMONWEALTH OF PA  UCTS,
                DEPARTMENT OF LABOR AND INDUSTRY,    COLLECTIONS SUPPORT UNIT,    651 BOAS STREET, ROOM 702,
                HARRISBURG, PA 17121-0751
14735848      +E-mail/Text: cio.bncmail@irs.gov Feb 15 2018 01:57:45     Internal Revenue Service,
                Centralized Insolvency Operations,    PO Box 7346,    Philadelphia, PA 19101-7346
14767532       E-mail/PDF: cbp@onemainfinancial.com Feb 15 2018 02:07:16     ONEMAIN,    PO BOX 3251,
                EVANSVILLE, IN. 47731-3251
14735852      +E-mail/PDF: cbp@onemainfinancial.com Feb 15 2018 02:08:06     OneMain Financial,
                Attn: Bankruptcy Department,    601 NW 2nd Street,    # 300,    Evansville, IN 47708-1013
14735853      +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 15 2018 01:58:07     PA Department of Revenue,
                Bankruptcy Division,    PO Box 280946,    Harrisburg, PA 17128-0946
14736795      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 15 2018 02:07:58
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14740620      +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 15 2018 01:58:07
                Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                Harrisburg, PA 17128-0946
14753173       E-mail/Text: bnc-quantum@quantum3group.com Feb 15 2018 01:57:54
                Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
14735854      +E-mail/PDF: gecsedi@recoverycorp.com Feb 15 2018 02:08:06     Syncb / Hdceap,
                Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
14735855      +E-mail/PDF: gecsedi@recoverycorp.com Feb 15 2018 02:07:16     Synchrony Bank / Amazon,
                Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
14735856      +E-mail/PDF: gecsedi@recoverycorp.com Feb 15 2018 02:07:16     Synchrony Bank / Care Credit,
                Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
14735857      +E-mail/PDF: gecsedi@recoverycorp.com Feb 15 2018 02:07:40     Synchrony Bank / JCPenney,
                Po Box 965007,    Orlando, FL 32896-5007
14735858      +E-mail/PDF: gecsedi@recoverycorp.com Feb 15 2018 02:08:06     Synchrony Bank / Lowes,
                Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
14735859      +E-mail/PDF: gecsedi@recoverycorp.com Feb 15 2018 02:08:06     Synchrony Bank / Walmart,
                Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
                                                                                               TOTAL: 14
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Kubota Credit Corporation
cr*           +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14735849*     +Internal Revenue Service,    William Moor-Head Building,    1000 Liberty Avenue,    Room 806,
                Pittsburgh, PA 15222-4027
14735847*      Internal Revenue Service,    Insolvency Unit,    PO Box 628,    Pittsburgh, PA 15230
                                                                                 TOTALS: 1, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-1          User: vson                Page 2 of 2                  Date Rcvd: Feb 14, 2018
                              Form ID: 149              Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 14, 2018 at the address(es) listed below:
              CSU - OUCTS, PA Labor & Industry    ra-li-ucts-bankpitts@state.pa.us
              Daniel P. Foster    on behalf of Debtor James Jon Corbett dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James Warmbrodt     on behalf of Creditor   Kubota Credit Corporation bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5
```