FILED
5/18/18 11:46 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: James Jon Corbett<br>Debtor(s) | |
| Kubota Credit Corporation<br>Movant<br>v.<br>James Jon Corbett<br>Respondent<br>And<br>Sandra L. Malgieri<br>Additional Respondent<br>And<br>Ronda J. Winnecour, Trustee<br>Additional Respondent | BK. NO. 17-11255 TPA<br><br>CHAPTER 13<br><br>Related to Docket #  32 |

### ORDER MODIFYING SECTION 362 AUTOMATIC STAY

AND NOW, this 18th day of May, 2018 at Erie, upon Motion of Kubota Credit Corporation, it is

**ORDERED THAT:** The Automatic Stay and Co-Debtor Stay are hereby terminated under 11 U.S.C. Sections 362(d) and 1301 as to Movant to permit said creditor, its successors an/or assigns to take possession and sell, lease, and otherwise dispose of the KUBOTA BX2670RV60D-1 , Serial No. 24746, 4 WD TRA W/IND TR/LDR VALVE/60"; Kubota LA243A, Serial No. C0308, SDR FOR NEW BX2370/2670 SERIES, in a commercially reasonable manner.

United States Bankruptcy Judge    jlm

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 17-11255-TPA
James Jon Corbett                                                       Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1    User: gamr    Page 1 of 1    Date Rcvd: May 18, 2018
                      Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2018.
db          +James Jon Corbett,   6791 Saranac Drive,   Transfer, PA 16154-8959

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2018 at the address(es) listed below:
        CSU - OUCTS, PA Labor & Industry    ra-li-ucts-bankpitts@state.pa.us
        Daniel P. Foster    on behalf of Debtor James Jon Corbett dan@mrdebtbuster.com,
         clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
        James Warmbrodt    on behalf of Creditor    Kubota Credit Corporation bkgroup@kmllawgroup.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                                    TOTAL: 5