Form 149

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**James Jon Corbett**
Debtor(s)

Bankruptcy Case No.: 17–11255–TPA
Per September 4, 2018 Proceeding
Chapter: 13
Docket No.: 39 – 18, 38
Concil. Conf.: at

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED
AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

    IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated December 28, 2017 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

- ☒ A. For the remainder of the Plan term, the periodic Plan payment is amended to be $1,010.00 as of September 2018. Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

- ☐ B. The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

- ☐ C. Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on at , in .* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

- ☐ D. Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

- ☐ E. The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

- ☐ F. shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

- ☒ G. The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: PA Department of Labor and Industry (Claim No. 1); Internal Revenue Service (Claim No. 8); PA Department of Revenue (Claim No. 2) .

- ☐ H. Additional Terms:

*(2.)   IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.   Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.   Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.   Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.   Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.   Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*   **IT IS FURTHER ORDERED THAT:**

**A.**   After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**   Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**   Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty–one (21) days prior to the change taking effect.

**D.**   Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016–1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**   The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre–confirmation defaults in any subsequent motion to dismiss.

**F.**   In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

Dated: September 5, 2018

cc:   All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 17-11255-TPA
James Jon Corbett                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: jmar              Page 1 of 2              Date Rcvd: Sep 05, 2018
                              Form ID: 149            Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 07, 2018.
db             +James Jon Corbett,    6791 Saranac Drive,    Transfer, PA 16154-8959
cr             +Cavalry SPV I, LLC,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite #200,
                 Tucson, AZ 85712-1083
14735838       +Barclays Bank Delaware,    100 South West Street,    Wilmington, DE 19801-5015
14799974       +Cavalry SPV I, LLC,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite 200,
                 Tucson, AZ 85712-1083
14735842       +Chase Card,   Po Box 15298,    Wilmington, DE 19850-5298
14735843       +Chase Card,   Attn: Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
14735844       +Citibank / Sears,    Citicorp Credit Services,    Po Box 790040,    Saint Louis, MO 63179-0040
14735845       +Citibank / The Home Depot,    Centralized Bankruptcy,    Po Box 790040,    St Louis, MO 63179-0040
14735846       +Citicards Cbna,    Centralized Bankruptcy,    Po Box 790040,    Saint Louis, MO 63179-0040
14735850       +Kubota Credit Corp,    1025 Northbrook Parkway,    Suwannee, GA 30024-2967
14745420       +Kubota Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
14735851       +Northland Group,    PO Box 390905,   Minneapolis, MN 55439-0905
14747983       +Northwest Specialty Co., Inc.,    2624 112th Street South,    Suite E2,    Lakewood WA 98499-8867
14735860       +Tractor Supply / CBCD / Citicorp,    Centralized Bankruptcy,    Po Box 20507,
                 Kansas City, MO 64195-0507
14825634        UPMC Health Services,    PO Box 1123,    Minneapolis, MN 55440-1123

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14738287       +E-mail/Text: ra-li-ucts-bankhbg@state.pa.us Sep 06 2018 02:17:42     COMMONWEALTH OF PA  UCTS,
                 DEPARTMENT OF LABOR AND INDUSTRY,    COLLECTIONS SUPPORT UNIT,    651 BOAS STREET, ROOM 702,
                 HARRISBURG, PA 17121-0751
14735839       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 06 2018 02:19:28      Capital One,
                 Attn: Bankruptcy,    Po Box 30285,   Salt Lake City, UT 84130-0285
14735840       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 06 2018 02:19:28      Capital One / Menard,
                 Attn: Bankruptcy,    Po Box 30285,   Salt Lake City, UT 84130-0285
14735841       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 06 2018 02:19:50      Capital One Na,
                 Attn: Bankruptcy,    Po Box 30285,   Salt Lake City, UT 84130-0285
14735848       +E-mail/Text: cio.bncmail@irs.gov Sep 06 2018 02:16:17      Internal Revenue Service,
                 Centralized Insolvency Operations,    PO Box 7346,   Philadelphia, PA 19101-7346
14829268        E-mail/PDF: resurgentbknotifications@resurgent.com Sep 06 2018 02:19:34
                 LVNV Funding, LLC its successors and assigns as,    assignee of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
14814283       +E-mail/Text: bankruptcydpt@mcmcg.com Sep 06 2018 02:16:53     Midland Funding LLC,
                 PO Box 2011,   Warren, MI 48090-2011
14767532        E-mail/PDF: cbp@onemainfinancial.com Sep 06 2018 02:19:45     ONEMAIN,    PO BOX 3251,
                 EVANSVILLE, IN. 47731-3251
14735852       +E-mail/PDF: cbp@onemainfinancial.com Sep 06 2018 02:18:59     OneMain Financial,
                 Attn: Bankruptcy Department,    601 NW 2nd Street,   # 300,    Evansville, IN 47708-1013
14735853       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 06 2018 02:16:39     PA Department of Revenue,
                 Bankruptcy Division,    PO Box 280946,   Harrisburg, PA 17128-0946
14780283        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 06 2018 02:19:52
                 Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
14736795       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 06 2018 02:31:24
                 PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14740620       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 06 2018 02:16:39
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
14753173        E-mail/Text: bnc-quantum@quantum3group.com Sep 06 2018 02:16:29
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,   PO Box 788,    Kirkland, WA  98083-0788
14735854       +E-mail/PDF: gecsedi@recoverycorp.com Sep 06 2018 02:19:47     Syncb / Hdceap,
                 Attn: Bankruptcy,    Po Box 965060,   Orlando, FL 32896-5060
14735855       +E-mail/PDF: gecsedi@recoverycorp.com Sep 06 2018 02:19:26     Synchrony Bank / Amazon,
                 Attn: Bankruptcy,    Po Box 965060,   Orlando, FL 32896-5060
14735856       +E-mail/PDF: gecsedi@recoverycorp.com Sep 06 2018 02:19:25     Synchrony Bank / Care Credit,
                 Attn: Bankruptcy,    Po Box 965060,   Orlando, FL 32896-5060
14735857       +E-mail/PDF: gecsedi@recoverycorp.com Sep 06 2018 02:19:26     Synchrony Bank / JCPenney,
                 Po Box 965007,   Orlando, FL 32896-5007
14735858       +E-mail/PDF: gecsedi@recoverycorp.com Sep 06 2018 02:19:25     Synchrony Bank / Lowes,
                 Attn: Bankruptcy,    Po Box 965060,   Orlando, FL 32896-5060
14735859       +E-mail/PDF: gecsedi@recoverycorp.com Sep 06 2018 02:19:01     Synchrony Bank / Walmart,
                 Attn: Bankruptcy,    Po Box 965060,   Orlando, FL 32896-5060
                                                                                              TOTAL: 20

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Kubota Credit Corporation
cr*            +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14735849*      +Internal Revenue Service,    William Moor-Head Building,    1000 Liberty Avenue,    Room 806,
                 Pittsburgh, PA 15222-4027
14735847*       Internal Revenue Service,    Insolvency Unit,   PO Box 628,    Pittsburgh, PA 15230
                                                                                              TOTALS: 1, * 3, ## 0

```
District/off: 0315-1          User: jmar              Page 2 of 2             Date Rcvd: Sep 05, 2018
                              Form ID: 149            Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 5, 2018 at the address(es) listed below:
```
              CSU - OUCTS, PA Labor & Industry    ra-li-ucts-bankpitts@state.pa.us
              Daniel P. Foster    on behalf of Debtor James Jon Corbett dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James  Warmbrodt   on behalf of Creditor   Kubota Credit Corporation bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5
```