Form 309

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **James Jon Corbett** | : | Case No. 17−11255−TPA |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |

### ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

      *AND NOW,* this **The 5th of March, 2019,** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

      (1)   The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

      (2)   Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

      (3)   The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

      (4)   The Clerk shall give notice to all creditors of this dismissal.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                               Case No. 17-11255-TPA
James Jon Corbett                                                    Chapter 13
         Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0315-1           User: jmar                  Page 1 of 2                  Date Rcvd: Mar 05, 2019
                               Form ID: 309                Total Noticed: 35


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 07, 2019.
db             +James Jon Corbett,    6791 Saranac Drive,    Transfer, PA 16154-8959
cr             +Cavalry SPV I, LLC,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite #200,
                 Tucson, AZ 85712-1083
14799974       +Cavalry SPV I, LLC,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite 200,
                 Tucson, AZ 85712-1083
14735844       +Citibank / Sears,    Citicorp Credit Services,    Po Box 790040,    Saint Louis, MO 63179-0040
14735845       +Citibank / The Home Depot,    Centralized Bankruptcy,    Po Box 790040,    St Louis, MO 63179-0040
14735846       +Citicards Cbna,    Centralized Bankruptcy,    Po Box 790040,    Saint Louis, MO 63179-0040
14735850       +Kubota Credit Corp,    1025 Northbrook Parkway,    Suwannee, GA 30024-2967
14745420       +Kubota Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
14735851       +Northland Group,    PO Box 390905,    Minneapolis, MN 55439-0905
14747983       +Northwest Specialty Co., Inc.,     2624 112th Street South,    Suite E2,    Lakewood WA 98499-8867
14735860       +Tractor Supply / CBCD / Citicorp,     Centralized Bankruptcy,    Po Box 20507,
                 Kansas City, MO 64195-0507
14825634        UPMC Health Services,    PO Box 1123,    Minneapolis, MN 55440-1123

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14735838       +EDI: TSYS2.COM Mar 06 2019 08:03:00      Barclays Bank Delaware,    100 South West Street,
                 Wilmington, DE 19801-5015
14738287       +E-mail/Text: ra-li-ucts-bankhbg@state.pa.us Mar 06 2019 03:18:23       COMMONWEALTH OF PA  UCTS,
                 DEPARTMENT OF LABOR AND INDUSTRY,    COLLECTIONS SUPPORT UNIT,    651 BOAS STREET, ROOM 702,
                 HARRISBURG, PA 17121-0751
14735839       +EDI: CAPITALONE.COM Mar 06 2019 08:03:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
14735840       +EDI: CAPITALONE.COM Mar 06 2019 08:03:00      Capital One / Menard,    Attn: Bankruptcy,
                 Po Box 30285,    Salt Lake City, UT 84130-0285
14735841       +EDI: CAPITALONE.COM Mar 06 2019 08:03:00      Capital One Na,    Attn: Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
14735843       +EDI: CHASE.COM Mar 06 2019 08:03:00      Chase Card,    Attn: Correspondence Dept,    Po Box 15298,
                 Wilmington, DE 19850-5298
14735842       +EDI: CHASE.COM Mar 06 2019 08:03:00      Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
14735848       +EDI: IRS.COM Mar 06 2019 08:03:00      Internal Revenue Service,
                 Centralized Insolvency Operations,    PO Box 7346,    Philadelphia, PA 19101-7346
14829268        EDI: RESURGENT.COM Mar 06 2019 08:03:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of Citibank, N.A.,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
14814283       +EDI: MID8.COM Mar 06 2019 08:03:00      Midland Funding LLC,    PO Box 2011,
                 Warren, MI 48090-2011
14767532        EDI: AGFINANCE.COM Mar 06 2019 08:03:00      ONEMAIN,    PO BOX 3251,
                 EVANSVILLE, IN. 47731-3251
14735852       +EDI: AGFINANCE.COM Mar 06 2019 08:03:00      OneMain Financial,    Attn: Bankruptcy Department,
                 601 NW 2nd Street,    # 300,    Evansville, IN 47708-1013
14735853       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 06 2019 03:17:20       PA Department of Revenue,
                 Bankruptcy Division,    PO Box 280946,    Harrisburg, PA 17128-0946
14780283        EDI: PRA.COM Mar 06 2019 08:03:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
14736795       +EDI: PRA.COM Mar 06 2019 08:03:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
14740620       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 06 2019 03:17:20
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
14753173        EDI: Q3G.COM Mar 06 2019 08:03:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                 PO Box 788,    Kirkland, WA  98083-0788
14735854       +EDI: RMSC.COM Mar 06 2019 08:03:00      Syncb / Hdceap,    Attn: Bankruptcy,    Po Box 965060,
                 Orlando, FL 32896-5060
14735855       +EDI: RMSC.COM Mar 06 2019 08:03:00      Synchrony Bank / Amazon,    Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
14735856       +EDI: RMSC.COM Mar 06 2019 08:03:00      Synchrony Bank / Care Credit,    Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
14735857       +EDI: RMSC.COM Mar 06 2019 08:03:00      Synchrony Bank / JCPenney,    Po Box 965007,
                 Orlando, FL 32896-5007
14735858       +EDI: RMSC.COM Mar 06 2019 08:03:00      Synchrony Bank / Lowes,    Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
14735859       +EDI: RMSC.COM Mar 06 2019 08:03:00      Synchrony Bank / Walmart,    Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
                                                                                               TOTAL: 23

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Kubota Credit Corporation
```

```
District/off: 0315-1            User: jmar                   Page 2 of 2                  Date Rcvd: Mar 05, 2019
                                Form ID: 309                 Total Noticed: 35

cr*            +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14735849*      +Internal Revenue Service,   William Moor-Head Building,   1000 Liberty Avenue,   Room 806,
                Pittsburgh, PA 15222-4027
14735847*       Internal Revenue Service,   Insolvency Unit,   PO Box 628,   Pittsburgh, PA 15230
                                                                                                TOTALS: 1, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 5, 2019 at the address(es) listed below:

```
              CSU - OUCTS, PA Labor & Industry    ra-li-ucts-bankpitts@state.pa.us
              Daniel P. Foster    on behalf of Debtor James Jon Corbett dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James  Warmbrodt    on behalf of Creditor    Kubota Credit Corporation bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5
```