**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>JAMES JON CORBETT<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:17-11255 TPA<br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 11/28/2017 and confirmed on 02/14/2018 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 3,475.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 3,475.00 |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 1,655.00 | |
|     Trustee Fee | 150.80 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 1,805.80 |

| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   KUBOTA CREDIT CORP (USA)<br>    Acct: 8517 | 0.00 | 0.00 | 0.00 | 0.00 |
|   PA DEPARTMENT OF LABOR & INDUSTRY<br>    Acct: 2869 | 33,207.38 | 0.00 | 1,629.59 | 1,629.59 |
|   PA DEPARTMENT OF REVENUE*<br>    Acct: 9365 | 1,647.15 | 0.00 | 39.61 | 39.61 |
| | | | | 1,669.20 |
| **Priority** | | | | |
|   DANIEL P FOSTER ESQ**<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   JAMES JON CORBETT<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   FOSTER LAW OFFICES**<br>    Acct: | 3,500.00 | 1,655.00 | 0.00 | 0.00 |
|   OFFICE OF UC BENEFITS POLICY**<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   INTERNAL REVENUE SERVICE*<br>    Acct: 9365 | 3,139.01 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| PA DEPARTMENT OF REVENUE* | 998.63 | 0.00 | 0.00 | 0.00 |
| Acct: 9365 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| BARCLAYS BANK DELAWARE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0159 | | | | |
| MIDLAND FUNDING LLC | 854.44 | 0.00 | 0.00 | 0.00 |
| Acct: 2232 | | | | |
| MIDLAND FUNDING LLC | 664.91 | 0.00 | 0.00 | 0.00 |
| Acct: 3895 | | | | |
| CAVALRY SPV I LLC - ASSIGNEE** | 382.71 | 0.00 | 0.00 | 0.00 |
| Acct: 0520 | | | | |
| MIDLAND FUNDING LLC | 2,450.37 | 0.00 | 0.00 | 0.00 |
| Acct: 8271 | | | | |
| JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5584 | | | | |
| JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8470 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | 2,243.42 | 0.00 | 0.00 | 0.00 |
| Acct: 5904 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | 590.42 | 0.00 | 0.00 | 0.00 |
| Acct: 8540 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 1,633.49 | 0.00 | 0.00 | 0.00 |
| Acct: 9923 | | | | |
| NORTHWEST SPECIALTY CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3796 | | | | |
| ONE MAIN CONSUMER LOAN INC - A/S/F S | 12,185.86 | 0.00 | 0.00 | 0.00 |
| Acct: 6625 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA FU | 1,604.21 | 0.00 | 0.00 | 0.00 |
| Acct: 5168 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA FU | 6,863.64 | 0.00 | 0.00 | 0.00 |
| Acct: 4401 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA FU | 2,027.99 | 0.00 | 0.00 | 0.00 |
| Acct: 8806 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA FU | 4,196.28 | 0.00 | 0.00 | 0.00 |
| Acct: 3840 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | 418.59 | 0.00 | 0.00 | 0.00 |
| Acct: 1763 | | | | |
| INTERNAL REVENUE SERVICE* | 4,131.91 | 0.00 | 0.00 | 0.00 |
| Acct: 9365 | | | | |
| PA DEPARTMENT OF REVENUE* | 248.42 | 0.00 | 0.00 | 0.00 |
| Acct: 9365 | | | | |
| UPMC HEALTH SERVICES | 604.75 | 0.00 | 0.00 | 0.00 |
| Acct: 9365 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3840 | | | | |
| PA DEPARTMENT OF LABOR & INDUSTRY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CAVALRY SPV I LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| NORTHLAND GROUP INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | ***NONE*** | | | |

TOTAL PAID TO CREDITORS                                                                                                            1,669.20

TOTAL CLAIMED
PRIORITY             4,137.64
SECURED             34,854.53
UNSECURED           41.101.41


Date: 04/01/2019                                      /s/ Ronda J. Winnecour
                                                      RONDA J WINNECOUR PA ID #30399
                                                      CHAPTER 13 TRUSTEE WD PA
                                                      600 GRANT STREET
                                                      SUITE 3250 US STEEL TWR
                                                      PITTSBURGH, PA  15219
                                                      (412) 471-5566
                                                      cmecf@chapter13trusteewdpa.com